United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OTIS MIGUEL CRAWFORD,

    Plaintiff,

    v.

RANDY GROUNDS,

    Defendant.

Case No. 14-cv-00958-JD

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 1, 2

On February 28, 2014, petitioner filed a motion for an extension of time to file a petition of writ of habeas corpus and indicated that he was still trying to exhaust his state remedies. Petitioner was informed that he must file a petition within twenty-eight days or the case would be dismissed. The time period has passed and petitioner has not filed a petition. Petitioner has filed a letter stating that he has not had meaningful access to the law library. However, access to the law library is not the proper subject of a habeas action. Regardless, it does not appear that petitioner has exhausted his state court remedies that is required to file a federal petition. This action is dismissed without prejudice and petitioner may re-file his petition when it is ready.

**CONCLUSION**

1. The motion for an extension (Docket No. 1) is DENIED.

2. Leave to proceed in forma pauperis (Docket No. 2) is GRANTED.

3. This case is DISMISSED without prejudice.

///

///

///

1    Because reasonable jurists would not find the result here debatable, a certificate of
2 appealability ("COA") is DENIED.  *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000)
3 (standard for COA).  The clerk shall close the file.

4    **IT IS SO ORDERED.**

5 Dated:  May 2, 2014

_____
JAMES DONATO
United States District Judge

14-cv-00958-JD-_dis